

# Fourth Court of Appeals
## San Antonio, Texas

October 23, 2018

No. 04-18-00731-CV

**IN THE INTEREST OF A.E. AND G.K.R., CHILDREN**,

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 17-0827-CV
Honorable Thomas Nathaniel Stuckey, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The reporter's record was due to be filed on October 15, 2018. On October 18, 2018, the court reporter responsible for preparing the record filed a notification of late record requesting a ten-day extension of time to file the record to October 28, 2018.[1] The request is GRANTED. The reporter's record must be filed in this appeal no later than October 29, 2018. TEX. R. APP. P. 35.3(c). **FURTHER REQUESTS FOR EXTENSIONS OF TIME ARE DISFAVORED.**

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of October, 2018.

KEITH E. HOTTLE,
Clerk of Court

---

[1] We note October 28, 2018 is a Sunday.